UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN C. WILLIAMS,

        Plaintiff,

v.                              Case No. 8:08-cv-2400-T-17MAP

ROBERT A. BUTTERWORTH, et al.,

        Defendants.

## O R D E R

Plaintiff, a prisoner proceeding pro se, has filed a civil rights complaint against Defendants pursuant to 42 U.S.C. § 1983. The Court has screened his complaint in accord with 28 U.S.C. § 1915A. After doing so, the Court concludes the complaint must be dismissed for failure to state a claim upon which relief may be granted.

The Court concludes from Plaintiff's allegations that he is suing each Defendant for violating his civil rights in connection with a state-court conviction that was subsequently reversed by Florida's Second District Court of Appeal. *See Williams v. State*, 713 So. 2d 1109 (Fla. 2d DCA 1998). Aside from issues of prosecutorial and judicial immunity as they may apply to the Defendant prosecutor and Defendant state court judge, Plaintiff's complaint is clearly time-barred. The decision exonerating him was issued on July 24, 1998, yet he did not file his complaint in this case until December 2008, well after the expiration of the four-year statute of limitations governing his cause of action under section 1983. *See Smith v. Shorstein*, 217 Fed. Appx. 877, 881 (11th Cir. 2007) (applying Florida's

four-year statute of limitations for personal injury actions to Plaintiff's civil rights complaint under § 1983)(citing *Chappell v. Rich*, 340 F.3d 1279, 1283 (11th Cir. 2003)).

Accordingly, the Court orders:

That Plaintiff's complaint is dismissed.  The Clerk is directed to enter judgment against Plaintiff and to close this case.

ORDERED at Tampa, Florida, on December 10, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Jonathan C. Williams